JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALI L.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 22-01802-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: April 13, 2023

                                                   */s/ John E. McDermott*
                                                   JOHN E. MCDERMOTT
                                 UNITED STATES MAGISTRATE JUDGE